UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL EWING, #623037, *et al.*,          )<br>      Plaintiffs,          )<br>          )<br>-v-          )<br>          )<br>THOMAS FINCO, *et al.*,          )<br>      Defendants.          )<br>          ) | No. 1:17-cv-505<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 3, 2019                    /s/ Paul L. Maloney
                             Paul L. Maloney
                             United States District Judge